1  PAUL F. SHERMAN, ESQ.
   LAW OFFICES OF PAUL F. SHERMAN
2  1314 N.W. Irving, Suite 207
3  Portland, OR  97209
   Telephone:  (503) 223-8441
4  Fax: (503) 228-9860

5

6

7                    UNITED STATES DISTRICT COURT

8                  IN AND FOR THE DISTRICT OF OREGON

9  JOSIAH KEOLA TELLES,           )  Case No. 3-09-CV-219-ST.
                                  )
10         Plaintiff,              )  **MOTION TO WITHDRAW**
                                  )
11                                )
      vs.                         )
12                                )
                                  )
13 MACY'S INC., a foreign corporation, PPR   )
   WASHINGTON SQUARE, LLC, dba    )
14 WASHINGTON SQUARE, a foreign limited  )
   liability company, and Does 1 through 50  )
15 inclusive,                     )
                                  )
16         Defendants.             )
17 _____ )

18         NOTICE IS HEREBY GIVEN that Paul F. Sherman, Esq., hereby moves the Court for an

19 Order allowing withdrawal from any further representation of the plaintiff herein, upon the

20 grounds that there has been a complete breakdown of the attorney client relationship which can

21 no longer exist between the plaintiff and myself for reasons which cannot be set forth without a

22 violation of the confidentiality of certain communications from the plaintiff to myself and certain

23 ethical conflicts of interest exist which make it impossible to continue to represent the plaintiff.

24         Dated this 4th day of November, 2009.

25                                         _____/S/_____
                                           PAUL F. SHERMAN, ESQ.
26                                         Of Attorneys for Plaintiff

   Page -1-  MOTION TO WITHDRAW

**DECLARATION OF PAUL F. SHERMAN**

I, PAUL F. SHERMAN, ESQ., hereby declare that:

(a) I am the attorney of record for the plaintiff and make this declaration in support of my motion that I be allowed to withdraw as his attorney.

(b) Defendant has not complied with the terms of our retainer agreement. There has been a complete breakdown of the attorney client relationship which can no longer exist between the plaintiff and myself for reasons which cannot be set forth without a violation of the confidentiality of certain communications from the plaintiff to myself and certain ethical conflicts of interest exist which make it impossible to continue to represent the plaintiff.

(c) Accordingly, there is good cause to allow the withdrawal of this office effective immediately.

(d) The last known address of plaintiff Josiah Keola Telles is as follows:

Josiah Keola Telles, SID No. 16774868
Marion County Correctional Facility
4000 Aumsville Highway SE
Salem, OR  97317

I declare under penalty of perjury under the laws of the State of Oregon that the foregoing is true and correct to the best of my knowledge and this declaration is executed on this _____ day of October, 2009 at Portland, Oregon.

                    /S/
           PAUL F. SHERMAN, ESQ.

Page -2-  MOTION TO WITHDRAW

**ORDER ALLOWING WITHDRAWAL OF ATTORNEY**

THIS MATTER having come before the Court upon the Motion of Paul F. Sherman to withdraw as the attorney for the above-named plaintiff; and good and sufficient reason for allowing such withdrawal having been shown to the Court, and the Court now being fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED that said Motion to Withdraw should be and hereby is granted, and Paul F. Sherman, Esq. is hereby relieved of any further representation of the plaintiff herein effective immediately.

IT IS SO ORDERED this _____ day of October, 2009.

_____
JUDGE OF THE CIRCUIT COURT

Page -3- MOTION TO WITHDRAW

LAW OFFICES OF
PAUL F. SHERMAN
1314 N.W. IRVING STREET, SUITE 207
PORTLAND, OREGON 97209
(503) 223-8441

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing MOTION TO WITHDRAW, DECLARATION OF PAUL F. SHERMAN and ORDER ALLOWING WITHDRAWAL OF ATTORNEY on the following:

Josiah Keola Telles, SID No. 16774868
Marion County Correctional Facility
4000 Aumsville Highway SE
Salem, OR  97317
Plaintiff

Alexander S. Wylie
Attorney at Law
1000 SW Broadway, Suite 960
Portland, OR  97205
Tel:  (503) 224-3650
Fax: (503) 224-3649
Of Attorneys for Defendant

by mailing a true and correct copy thereof, certified by me as such, placed in a sealed envelope to the address as set forth above and deposited in the United States Post Office at Portland, Oregon on the 3rd day of November, 2009 with postage prepaid.

_____/S/_____
PAUL F. SHERMAN, ESQ.
Of Attorneys for Plaintiff
CSB 135214/OSB 95021/WSBA 36091

Page -4-  MOTION TO WITHDRAW